IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS W. TOOLIS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 09-cv-4302 |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF CHRISTOPHER M. JAHNKE

I, Christopher Jahnke, hereby state on Oath and deposes as follows:

1. I am over 18 years old and I am currently employed at Jahnke & Toolis LLC as an attorney.

2. Currently, I am assigned to case number 09-cv-4302, entitled Thomas W. Toolis v. Microsoft Corporation.

3. On October 14, 2009 I received e-mail notification that a hearing related to case number 09-cv-4302 was to be held on October 20, 2009. That e-mail notification was viewed on October 15, 2009.

4. It is my routine practice to send all notification to office staff for calendaring. However, on the evening of October 15, 2009, I left town for vacation, at which time I realized I had not sent the date to be calendared.

5. Shortly after my departure, I informed my assistant to make sure that the October 20, 2009 Court date was calendared.

6. I did not return from vacation until October 19, 2009.

7. I was scheduled to appear in Cook County Court on October 20, 2009, for hearing in case number 09 M6 002523.

8. It is believed that the calendaring of the two events were confused by my office staff and that the staff believed the event that I spoke about was already placed on the calendar.

9. Upon returning from vacation, I appeared in Cook County Court on case number 09 M6 002523, unaware that Defendant's Motion to Dismiss was being heard in case 09-cv-4302, Toolis v. Microsoft.

1

2

10. Upon routine check of my files, I discovered the error on November 2, 2009.

FURTHER SAYETH NOT

_____
CHRISTOPHER JAHNKE

_____  11/2/09
NOTARY                       DATE

OFFICIAL SEAL
JULIANNE M. RINTZ
Notary Public - State of Illinois
My Commission Expires Feb 08, 2011

2